FILED
MAY 0 4 2005
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| TINA TORRES, | ) | CIV. 04-5081-RHB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING |
| | ) | EAJA FEES |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

On April 20, 2005, plaintiff's counsel filed a motion for reasonable attorney's fees pursuant to the Equal Access to Justice Act found at 28 U.S.C. § 2412. Plaintiff's counsel alleges that he has incurred attorney's fees of $1,662.50 and costs of $173.25 for a total of $1,835.75. Defendant has responded and does not object. Accordingly, it is hereby

ORDERED that plaintiff's motion for reasonable attorney's fees (Docket #23) is granted. Plaintiff is awarded $1,835.75 in attorney's fees and costs.

Dated this 3rd day of May, 2005.

BY THE COURT:

/s/ Richard H. Battey
RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE